AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Manuel Romero Hernandez, | ) | Case No. 21 - 3042 MJ |
| a.k.a.: Manuel Romero-Hernandez, | ) | |
| (A094 962 601) | ) | |
| _Defendant_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about February 3, 2021, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a), an offense described as follows:

Manuel Romero Hernandez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 2, 2019, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY   Digitally signed by CHARLES BAILEY
Date: 2021.02.05 09:39:27 -07'00'

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for AUSA Lisa E. Jennis

☒ Continued on the attached sheet.

JAMES A JOYNER   Digitally signed by JAMES A JOYNER
Date: 2021.02.05 09:56:55 -07'00'

_Complainant's signature_

James A. Joyner,
Deportation Officer

_Printed name and title_

Sworn to telephonically.

Date:  February 5, 2021

M Morrissey

_Judge's signature_

City and state  Phoenix, Arizona

Michael T. Morrissey,
United States Magistrate Judge

_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Immigration and Customs Enforcement Deportation Officer James A. Joyner, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On February 3, 2021, the Phoenix Police Department arrested and booked Manuel Romero Hernandez into the Maricopa County Jail (MCJ) in Phoenix, Arizona, on local charges. While incarcerated at the MCJ, ICE agents interviewed Romero Hernandez and determined him to be a citizen of Mexico, unlawfully present in the United States. On the same day, an immigration detainer was lodged for Romero Hernandez with the MCJ. On February 4, 2021, Romero Hernandez was released to ICE custody and transported to the Phoenix ICE detention office for further investigation and processing.

3. Immigration history checks revealed Manuel Romero Hernandez to be a citizen of Mexico and a previously deported alien. Romero Hernandez was removed from the United States to Mexico through Nogales, Arizona, on or about November 2, 2019, pursuant to a final order of removal issued by an immigration official. There is no record of Romero Hernandez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security

to return to the United States after his removal. Romero Hernandez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Manuel Romero Hernandez was convicted of Reentry of Removed Alien, a felony offense, on September 10, 2018, in the United States District Court, District of Arizona. Romero Hernandez was sentenced to a term of twenty-four (24) months of imprisonment, and thirty-six (36) months of supervised release. Romero Hernandez's criminal history was matched to him by electronic fingerprint comparison.

5. On February 4, 2021, Manuel Romero Hernandez was advised of his constitutional rights. Romero Hernandez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, I submit there is probable cause to believe that on or about February 3, 2021, Manuel Romero Hernandez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about November 2, 2019, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

JAMES A JOYNER     Digitally signed by JAMES A JOYNER
Date: 2021.02.05 10:08:21 -07'00'

James A. Joyner,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to telephonically
this 5th day of February, 2021.

M Morrissey

Michael T. Morrissey,
United States Magistrate Judge